UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA          :

    v.                            :        **12 CRIM 036**

MENACHEM YOULUS,                  :        11 Cr. ____ (CM)

       Defendant.             :

----------------------------------X

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 1341, and 1343, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*[signature]*
Defendant

*[signature]*
Witness

*[signature]*
Counsel for Defendant

Date: New York, New York
     Dec. 29, 2011

*Judge McMahon*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/12

0202