```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/12
```



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*

*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2012

BY ELECTRONIC MAIL

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:      *United States v. Menachem Youlus*,
                   12 Cr. 36 (CM)

Dear Judge McMahon:

      The parties request an adjournment of the sentencing in this case, currently scheduled for September 13, to October 11 at 4 pm. If the Court would like additional information, I would be happy to provide it.

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney

                  By:    s/Nicole Friedlander
                         Nicole Friedlander
                         Assistant United States Attorney
                         Tel.: (212) 637-22211

*[Handwritten endorsement: "ok." signed Colleen McMahon 8/21/12]*

**MEMO ENDORSED**