# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

MENACHEM YOULUS,

        Defendant.

12 CR 36 (CM)

---

It is hereby ordered that Mehachem Youlus, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on December 17, 2012.

_____      10/11/12
UNITED STATES DISTRICT JUDGE      DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____      _____
(Attorney/Witness)      (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
10/15/12