UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

          - v. -                              :     ORDER OF RESTITUTION

MENACHEM YOULUS,                  :     12 Cr. 36 (CM)

              Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDS SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:  10/15/12
```

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Nicole Friedlander and Janis Echenberg, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One and Two of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

    **1. Amount of Restitution.** MENACHEM YOULUS, the Defendant, shall pay restitution in the total amount of $990,366.05 to the victims of the offenses charged in Counts One and Two. The names, addresses, and specific amounts owed to each victim are set forth in Schedule A attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    **2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

6.2011

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
      October 11, 2012

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

6.2011